No. 6641.

THE STATE VS. MICHAEL BRENNAN.

Where the felonious taking from the person is either by putting in fear through the mere exhibition of force, or by actual violence in the physical application of force, the offence is robbery. Where the felonious taking from the person is without the exhibition or physical application of force, and is effected stealthily or by trick or artifice, the offence is larceny from the person.

It is not necessary to constitute robbery that there must, be some injury done to the person robbed.

APPEAL from the Superior Criminal Court of New Orleans.   WHITA-KER, J.

The Attorney-General for the State.   *McGloin* and *Cumberland* for Defendant.

MARR, J., delivered the opinion affirming the judgment.